IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD BOZZO, et. al., | CASE NO. 5:12-cv-02542 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| CITY OF GILROY, | |
| Defendant(s). | |

Having reviewed the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 35), the court finds that a pretrial conference is premature at this time. Accordingly, the Case Management Conference scheduled for May 10, 2013, is CONTINUED to **November 1, 2013, at 11:00 a.m.** The parties shall file an updated Preliminary Pretrial Conference Statement on or before **October 22 , 2013.**

**IT IS SO ORDERED.**

Dated: May 7, 2013

EDWARD J. DAVILA
United States District Judge